UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Boards of Trustees, et al., :
:
    Plaintiffs, :
:
vs. : Case No. 2:17-CV-283
:
VNL Contracting, LLC : Judge Marbley
: Magistrate Judge Vascura
    Defendant. :

## ORDER COMPELLING DISCOVERY

It appearing that Defendant has failed to answer or otherwise appear in this action and upon Motion of Plaintiffs, it is hereby

ORDERED that, pursuant to Civil Rule 30, Defendant VNL Contracting, LLC, through an authorized officer, appear and submit to oral examination at the offices of Steven L. Ball, 1010 Old Henderson Road, Suite 1, Columbus, Ohio 43220, on a date and at such time as may be scheduled by Plaintiffs and said deponent is to bring with it the documents requested in the Notice of Deposition and Requests for Production of Documents previously served in this matter.

_____
UNITED STATES MAGISTRATE JUDGE

APPROVED:

_____/s/ Steven L. Ball_____
Steven L. Ball (0007186)
Ball & Tanoury
1010 Old Henderson Road – Suite 1
Columbus, OH 43220
(614) 447-8550
Trial Attorney for Plaintiffs